JOSEPHINE ROMEO and JOSEPH ROMEO, Appellants, v. VINCENT PESATURE, STANLEY KUBINSKI, MARION KEENE, as Trustees of Common School District No. 31, Town of Hempstead, Nassau County, New York, Respondents.— On appeal from judgment for defendants in actions to recover for damages sustained by reason of a fall while descending a stairway, judgment unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Johnston, Taylor and Close, JJ.

STUART REALTY COMPANY, Respondent, v. THE CITY OF NEW ROCHELLE and JOHN P. NESTLER, as Treasurer of the Said City, Appellants, and MUNICIPAL INVESTORS, INC., Defendant.— Action to remove a cloud upon title as a consequence of an assessment upon real property for the construction of gutters in a street in New Rochelle. Order denying motion of appealing defendants to dismiss the complaint on the ground that it states facts insufficient to constitute a cause of action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

WESTCHESTER TRUST COMPANY, Plaintiff, v. FREDERICK H. STILLWELL, Defendant.— Submission of controversy on an agreed statement of facts. Judgment unanimously directed for the plaintiff in the sum of $2,500 and interest from January 1, 1934, without costs. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.